UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO SALGADO MARTINEZ,<br><br>　　　　　Defendant. | No. CR-11-6071-FVS<br><br>ORDER GRANTING DOWNWARD DEPARTURE |

**THE DEFENDANT** having come before the Court for sentencing on May 18, 2012; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's "Motion for Downward Departure" (**ECF No. 60**) is **granted**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___21st___ day of May, 2012.

　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　Fred Van Sickle
　　　　　Senior United States District Judge

ORDER GRANTING DOWNWARD DEPARTURE - 1