UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCISCO SALGADO MARTINEZ,<br><br>    Defendant. | CR-11-6071-FVS-1<br><br>**ORDER DISMISSING INDICTMENT** |

**THE NINTH CIRCUIT** having reversed this Court's "Order Denying Motion to Dismiss Indictment" and having remanded for further proceedings; Now, therefore

**IT IS HEREBY ORDERED:**

The "Defendant's Motion to Dismiss Indictment" (**ECF No. 25**) is **granted**.

1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, furnish copies to counsel and the **United States Marshals Service**, and close this case.

**DATED** this 3rd day of September, 2015.

s/Fred Van Sickle<br>
FRED VAN SICKLE<br>
Senior United States District Judge